IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | Case No. 21-cr-00019-TDC |
| v. | * | Case No. 19-po-04011-TMD |
| | * | |
| KENNETH STEWART | * | |
| | * | |
| | * | |
| Defendant | * | |

\*\*\*\*\*\*\*\*\*\*\*\*

## MEMORANDUM OPINION AND ORDER OF COURT

This matter is before the Court on the request of the United States Probation Office to require the defendant to notify his employer of his conviction. On April 15, 2021, the Court held a hearing on the request.

On January 23, 2020, the defendant was found guilty after a trial of Driving Under the Influence of Drugs, in violation of 36 CFR § 4.23(a)(1). After the completion of a Presentence Investigation Report, on February 4, 2021, the Court sentenced the defendant to a term of probation of 18 months. Among the conditions of probation ordered by the Court was Standard Condition of Supervision 12. Standard Condition of Probation 12 provides

> If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.

On February 9, 2021, the defendant timely filed an appeal of his conviction. While the appeal was pending, on April 9, 2021, the defendant's supervising probation officer filed a report with the Court requesting that the defendant's employer be notified of his conviction. The probation

officer reported that the defendant is employed as a driver for Gunther Charters/Adventure Tours. In the course of his employment, the defendant drives a charter vehicle that transports members of the public. Considering the nature of his employment, the probation officer determined that the defendant posed a risk to his employer and instructed the defendant to inform his employer of his conviction. In response, the defendant requested the Court to make a determination of the third-party risk.

The defendant is employed as a charter vehicle driver. He is entrusted to transport safely members of the public in the course of his employment. In the underlying case, the defendant was found in the driver's seat of his vehicle, in the wood line off the Baltimore-Washington Parkway. The defendant appeared to the responding officers to be disoriented and disconnected from his surroundings. A toxicology report revealed the presence of PCP in the defendant's blood stream. The Presentence Investigation Report indicates that the defendant was convicted of driving while intoxicated in 1998. Probation in that case was closed in an unsatisfactory status. He was convicted of attempted possession with intent to distribute cocaine and possession of marijuana in 1999. Charges of possession with intent to distribute cocaine and possession of cocaine were dismissed in 1996. Further, in 2017 the defendant was charged with several driving offenses including driving while impaired by a controlled dangerous substance and reckless driving. Those charges were dismissed, however, later in 2017. Shortly before the hearing on April 15, 2021, the defendant's probation officer advised the Court that on April 13, 2021, the defendant tested positive for THC. The defendant signed an admission form advising that he consumed a marijuana edible in March 2021.

Given the nature of the defendant's employment, the facts of this case, his prior conviction for driving while intoxicated and CDS offenses, the additional arrests on his record

for driving while impaired by a controlled dangerous substance and CDS offenses, and his recent usage of marijuana while on probation, the Court finds that the defendant poses a risk to his employer and that his employer should be notified of the defendant's conviction. However, because the defendant has appealed his conviction, the Court finds it appropriate to stay the effective date of this Order to give the defendant the opportunity to seek further review.

## **ORDER OF COURT**

For the reasons stated above, it is this 15th day of April 2021 by the United States District Court for the District of Maryland hereby ORDERED that:

1. The defendant shall notify his employer of his conviction in this case; and

2. The defendant's probation officer may contact the defendant's employer and confirm that he has so notified his employer; and

3. The effective date of this Order is stayed until April 29, 2021.

_____/s/_____
Thomas M. DiGirolamo
United States Magistrate Judge